**E-FILED: 02.09.10**

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA VARDANOVA ARAMYAN, an individual, ANI ARAMYAN, an individual, and ENESSA ARAMYAN, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. CV 08-00360 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANT |

On January 18, 2008, plaintiffs Marina, Ani and Enessa Aramyan filed this action against the United States of America, Dr. John Hoh, Asian Pacific Health Care Venture, Inc. ("APHV") and Healthnet of California. On April 25, 2008, the United States of America was substituted as defendant for Dr. Hoh and APHV pursuant to 28 U.S.C. § 2679(d)(2). On December 11, 2008, the claims against Healthnet were dismissed pursuant to the parties' stipulation. Plaintiffs' remaining claim for medical malpractice against the United States was tried to the court on July 28, 29 and 30, 2009. On February 9, 2010, the court entered its findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs Marina, Ani and Enessa Aramyan take nothing by way of their complaint against the United States; and

2. That the action be, and it hereby is, dismissed.

DATED: February 9, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE